IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRISTOPHER C. BURNS,

                                    ORDER

            Plaintiff,

                         09-cv-540-bbc

      v.

WISCONSIN DEPARTMENT OF CORRECTONS,
SAUK COUNTY JAIL, SAUK COUNTY JAIL
ADMINISTRATOR, SAUK COUNTY
JAIL - SHERIFF, CAPT. HAFEMAN, LTD. OLSEN
and Sherriff RANDY STAMMAN,

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Christopher Burns, a prisoner at the Sauk County Jail in Baraboo, Wisconsin, has submitted a proposed complaint.  He requests leave to proceed in forma pauperis.  A decision on the request will be delayed until plaintiff pays an initial partial payment of the $350 filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act.  Plaintiff's initial partial payment cannot be calculated at this time because he has not submitted a trust fund account statement with his complaint.

      Plaintiff's complaint was signed on August 3, 2009.  His trust fund account statement should cover the six-month period beginning approximately February 1, 2009 and ending

1

approximately August 3, 2009.  Once plaintiff has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under § 1915(e)(2).

ORDER

IT IS ORDERED that plaintiff may have until September 22, 2009, in which to submit a certified copy of his trust fund account statement for the period beginning February 1, 2009 and ending August 3, 2009.  If, by September 22, 2009, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily and, in that case, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 2nd day of September, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2